[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-11996
Non-Argument Calendar
_____

D.C. Docket No. 8:17-cv-00301-JDW-TGW

WALDEMAR BARANOWSKI,

Plaintiff-Appellant,

versus

GEICO GENERAL INSURANCE COMPANY,
a foreign insurance company,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 28, 2020)

Before WILSON, WILLIAM PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

Waldemar Baranowski appeals the summary judgment in favor of GEICO General Insurance Company and against Baranowski's complaint of bad faith. After careful review of the briefs and record, we affirm based on the well-reasoned opinion of the district court.

**AFFIRMED.**